MARTIN v. McGINLEY et al. (Circuit Court of Appeals, Eighth Circuit. January 18, 1922.) No. 6016. In Error to the District Court of the United States for the Eastern District of Missouri. W. Scott Hancock, of St. Louis, Mo., for plaintiff in error. Chase Morsey, of St. Louis, Mo., for defendants in error.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

---

MASON v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. February 24, 1922.) No. 6030. In Error to the District Court of the United States for the Southern District of Iowa. E. S. Tesdell, of Des Moines, Iowa, for plaintiff in error. E. G. Moon, U. S. Atty., of Ottumwa, Iowa, and John C De Mar, Asst. U. S. Atty., of Des Moines, Iowa.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, under rule 16, on motion of counsel for defendant in error.

---

MERLINO v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 6, 1921.) No. 5994. In Error to the District Court of the United States for the Western District of Missouri. E. C. Hyde and John Connors, both of Kansas City, Mo., and Benjamin L. White, of St. Louis, Mo., for plaintiff in error. C. C. Madison, U. S. Atty., of Kansas City, Mo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, under rule 16 (188 Fed. xi, 109 C. C. A. xi), on motion of counsel for defendant in error.

---

MOSCAHLADES et al. v. KUHARA & CO., Limited. (Circuit Court of Appeals, Second Circuit. January 26, 1922.) No. 163. Appeal from the District Court of the United States for the Southern District of New York. Libel in admiralty by Socrates Moscahlades and another, doing business under the firm name and style of Moscahlades Bros., against Kuhara & Co., Limited. Decree for respondent, and libelants appeal. Affirmed. Walter F. Welch, of New York City (Vincent P. Donihee, of Brooklyn, N. Y., of counsel), for appellants. Alexander Tison, of New York City (Burlington, Veeder, Masten & Fearey and Ray Rood Allen, all of New York City, of counsel), for appellee. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

---

In re MOVETTE CAMERA CORPORATION. (Circuit Court of Appeals, Second Circuit. January 9, 1922.) No. 138. Appeal from the District Court of the United States for the Western District of New York. In the matter of the Movette Camera Corporation, bankrupt. From orders of the District Court, confirming a decision by the special master that the chattel mortgage given by the alleged bankrupt was invalid (279 Fed. 174), Virgil J. Fruth appeals. Affirmed. Cogswell Bentley, of Rochester, N. Y. (C. Raymond Bentley, of Rochester, N. Y., of counsel), for appellant. Francis S. Macomber, of Rochester, N. Y. (George J. Skivington, of Rochester, N. Y., of counsel), for appellee. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Orders affirmed.